UNITED STATES of America,
Plaintiff—Appellee,

v.

Raymond Jerome FRANCIS, a/k/a
Raymond Rudone Ramsey,
Defendant—Appellant.

No. 09–8259.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 29, 2010.

Decided: May 3, 2010.

Raymond Jerome Francis, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Jerome Francis appeals the district court's order denying his "Motion

of Complaint ... And Request For Appropriate Relief." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Francis,* No. 1:96–cr–00021–LHT–1, 2009 WL 4824989 (W.D.N.C. Dec. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*